**Julia Marie NAJBAR, Respondent,**

v.

**DIRECTOR OF REVENUE, STATE OF MISSOURI, Appellant.**

No. 55246.

Missouri Court of Appeals, Eastern District, Division One.

March 14, 1989.

William L. Webster, Atty. Gen., Jatha B. Sadowski, Sp. Asst. Atty. Gen., Jefferson City, for appellant.

Timothy F. Devereux, Clayton, for respondent.

### ORDER

PER CURIAM:

Director of Revenue appeals from an order of the circuit court reinstating the driver's license of Julia Marie Najbar, which had been suspended pursuant to § 302.505.1, RSMo 1986.

The judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An opinion would have no precedential value.

Judgment affirmed in accordance with Rule 84.16(b).